## DOUGLAS & LONDON, P.C.
Attorneys At Law
111 John Street Suite #1400
New York, N.Y. 10038
(212) 566-7500
FAX: (212) 566-7501
www.DouglasAndLondon.com

Gary J. Douglas
Michael A. London*

Stephanie O'Connor, J.D., R.N.*
Virginia E. Anello^
Mark T. Sadaka, J.D., MSPH
Nicholas E. Warywoda
　* Also admitted in NJ
　^ Also admitted in LA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/08

**MEMO ENDORSED**

RECEIVED
MAY 2 7 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

May 27, 2008

**VIA FAX: (212) 805-7924**
Honorable Judge Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1010
New York, N.Y. 10007

　　Re:　**Michele Callaghan v. Brad J. Jacobs, M.D.**
　　　　Case No.: 08-CV-3523

Dear Judge Stein:

This office represents the plaintiff in the above-referenced matter.

On April 11, 2008, the summons and complaint in the above-captioned matter was filed. Presently, the summons and complaint have not yet been served upon the defendant. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff has until August 9, 2008 to serve said summons and complaint.

Accordingly, plaintiff respectfully requests an adjournment of the initial pretrial conference, currently scheduled before the Court on May 30, 2008, until September 19, 2008, at which time plaintiff foresees that the defendant will have been served with process and the necessary time for the defendant to interpose his answer will have passed.

Thank you for your time and consideration.

　　　　　　　　　Very truly yours,

　　　　　　　　　DOUGLAS & LONDON, P.C.

　　　　　　　　　Virginia E. Anello

*[Handwritten endorsement: 5/27/08 Initial pretrial w/ defendant adjourned to July 24 at 10 AM. So ordered. Sidney H. Stein, U.S.D.J.]*