UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHELE CALLAGHAN,

                                       Case No. 08-CV-3523 (SHS)

                 Plaintiffs,

-against-

                                       **CLERK'S CERTIFICATE**

BRAD J. JACOBS, M.D.,

                 Defendant.
-------------------------------------------------------------X

      I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on April 11, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving BRAD J. JACOBS, M.D. by personal delivery, and proof of such service thereof was filed on August 18, 2008.

      I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
       August 19, 2008

                                              **J. MICHAEL MCMAHON**
                                              Clerk of the Court

                                By: _____
                                                   Deputy Clerk