UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHELE CALLAGHAN,

                                       Plaintiffs,

  -against-

BRAD J. JACOBS, M.D.,

                                       Defendant.
-------------------------------------------------------------X

Case No. 08-CV-3523

**NOTICE OF MOTION**

**To the above named Defendant:**

**PLEASE TAKE NOTICE**, that upon the affirmation of **MICHAEL A. LONDON**, sworn to on the 19th day of August, and upon the summons and complaint heretofore served herein, with proof of service thereof, plaintiffs will move this Court at the Courthouse located at 500 Pearl Street, New York, New York on the 10th day of September, 2008, at 2:30 p.m., or as soon thereafter as counsel may be heard, for an Order:

    (1) Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure directing entry of judgment in favor of the plaintiff and against the defendant BRAD J. JACOBS for the relief demanded in the complaint, upon the ground that the defendant has failed to answer or move with respect to the complaint; and

    (2) Granting such other and further relief as this Court may deem just and proper under the circumstances.

The above-entitled action is for personal injuries.

Dated: August 19, 2008
      New York, New York

Respectfully,

_____
Michael A. London (ML-7510)
**DOUGLAS & LONDON**
Attorneys for Plaintiff
111 John Street, 14th Floor
New York, New York 10038
(212) 566 7500

<u>Defendant's Address</u>:
Brad J. Jacobs, M.D.
134 Foxwood Drive
Jericho, NY 11753