UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MICHELE CALLAGHAN,                    :        08 Civ. 3523 (SHS)

                Plaintiff,      :

   -against-                              :        ORDER

BRAD J. JACOBS, M.D.,                 :

                Defendant.      :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On March 5, 2010, Magistrate Judge Debra Freeman issued a Report and Recommendation recommending that plaintiff be awarded a total of $785,000 in damages, as she has requested. Objections to the Report and Recommendation were due on March 25, 2010. As of today, no objections have been received from defendant. Accordingly,

    IT IS HEREBY ORDERED that Magistrate Judge Freeman's Report and Recommendation is adopted and the Clerk of Court shall enter judgment for plaintiff against defendant in the amount of $785,000.

Dated: New York, New York
       March 24, 2010

SO ORDERED.

Sidney H. Stein, U.S.D.J.